# United States District Court
EASTERN DISTRICT OF WISCONSIN

**NORA E. ROBLES,**

**Plaintiff,**

**JUDGMENT IN A CIVIL CASE**
**Case No. 25-C-122**

**v.**

**MANITOWOC PUBLIC SCHOOL DISTRICT,**

**Defendant.**

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this case is DISMISSED.

Dated: November 9, 2026

LINDA M. KLEMM
CLERK OF COURT

s/ M. VandenHeuvel
(By) Deputy Clerk